

Entered on Docket
November 06, 2008

*Bruce A. Markell*

Hon. Bruce A. Markell
United States Bankruptcy Judge

---

RYAN A. LOOSVELT (SBN 8550)
**DUANE MORRIS LLP**
701 Bridger Avenue, Suite 670
Las Vegas, NV 89101
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: rloosvelt@duanemorris.com

KATHRYN M.S. CATHERWOOD
(California SBN 149170)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2235
Facsimile: 619.744.2201
Email: kmcatherwood@duanemorris.com

MARTIN D. SINGER
(California SBN 78166)
**LAVELY & SINGER**
2049 Century Park East, Suite 2400
Los Angeles, CA 90067-2906
Telephone: 310.556.3501
Facsimile: 310.556.3615
Email: mdsinger@lavelysinger.com

DAN R. REASER (SBN 1170)
SHAWN M. ELICEGUI (SBN 5939)
**LIONEL, SAWYER & COLLINS**
1100 Bank of America Plaza
50 West Liberty Street
Reno, NV 89501
Telephone: 775.788.8666
Facsimile: 775.788.8682 / 775.778.8696
Email: dreaser@lionelsawyer.com
       selicegui@lionelsawyer.com

Attorneys for SHELDON G. ADELSON

DM1\1427806.1/E3075-9

1
ORDER OF DISMISSAL WITH PREJUDICE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy No.: 07-16504-BAM |
| JOHN L. SMITH, | Chapter 7 |
| Debtor. | Adversary Proceeding No. 08-01012-BAM |
| SHELDON G. ADELSON | ORDER OF DISMISSAL WITH PREJUDICE |
| Plaintiff, | |
| v. | |
| JOHN L. SMITH | |
| Defendant. | |

## ORDER

Plaintiff having moved the Court to dismiss his complaint with prejudice pursuant to FRCP 41(a)(2), after hearing,

IT IS HEREBY ORDERED:

1. Adversary proceeding number 08-01012 is dismissed with prejudice.

2. Plaintiff shall dismiss, as against Defendant John L. Smith only, Case No. SC087820 in the Superior Court of the State of California, County of Los Angeles, in accordance with the Request for Dismissal attached hereto as Exhibit "A."

3. In light of Plaintiff's voluntary dismissal with prejudice, Defendant is deemed the prevailing party in both cases.

4. Pursuant to Fed. R. Civ. P. 54, Plaintiff shall pay to defense counsel's client trust account(s) an amount to be stipulated by the parties or otherwise ordered by this Court as Defendant's costs incurred in Adversary Proceeding No. 08-01012.

| | |
|---|---|
| Submitted By: | Submitted By: |
| Duane Morris LLP | Campbell & Williams |
| */s/ Ryan A. Loosvelt* | */s/ Donald J. Campbell* |
| Ryan A. Loosvelt | Donald J. Campbell |
| 701 Bridger Avenue, Suite 670 | 700 S. Seventh St. |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**EXHIBIT A**

**EXHIBIT A**

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> MARTIN D. SINGER, ESQ. SBN 78166   TELEPHONE NO.: (310) 556-3501 <br> ROBERT S. ROSS, ESQ. SBN 218913 <br> LAVELY & SINGER PROFESSIONAL CORPORATION <br> 2049 Century Park East, Suite 2400 <br> Los Angeles, California 90067-2906 <br><br> ATTORNEY FOR *(Name)*: Plaintiff SHELDON G. ADELSON | FOR COURT USE ONLY |
|---|---|

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF THE STATE OF CALIFORNIA
West L.A. Courthouse

PLAINTIFF/PETITIONER: SHELDON G. ADELSON

DEFENDANT/RESPONDENT: JOHN L. SMITH; BARRICADE BOOKS INC.; LYLE STUART

| **REQUEST FOR DISMISSAL** <br> ☐ Personal Injury, Property Damage, or Wrongful Death <br>   ☐ Motor Vehicle   ☐ Other <br> ☐ Family Law <br> ☐ Eminent Domain <br> ☒ Other *(specify)*: Libel | CASE NUMBER: <br> SC 087 820 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☒ With prejudice       (2) ☐ Without prejudice
   b. (1) ☐ Complaint      (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name)*:                               on *(date)*:
      (4) ☐ Cross-complaint filed by *(name)*:                               on *(date)*:
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other *(specify)*:* Complaint's first cause of action as to defendant John L. Smith only.

Date: November __, 2008

MARTIN D. SINGER, ESQ. SBN 78166
(TYPE OR PRINT NAME OF  ☒ ATTORNEY   ☐ PARTY WITHOUT ATTORNEY)

▶ _____
(SIGNATURE)
Attorney or party without attorney for: Sheldon G. Adelson

* If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

2. **TO THE CLERK**: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF  ☐ ATTORNEY   ☐ PARTY WITHOUT ATTORNEY)

▶ _____
(SIGNATURE)
Attorney or party without attorney for:

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent consent if required by Code of Civil Procedure section 581(i) or (j).

☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

*(To be completed by clerk)*
3. ☐ Dismissal entered as requested on *(date)*:
4. ☐ Dismissal entered on *(date)*:               as to only *(name)*:
5. ☐ Dismissal **not** entered as requested for the following reasons *(specify)*:

6. ☐ a. Attorney or party without attorney notified on *(date)*:
   b. Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to conform       ☐ means to return conformed copy

Date: _____                    Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390